IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-21-BU-KLD |
| White 1972 travel trailer, MT License Plate 25-7861C, VIN 13281, located near North Meadow Creek on FS Road 160 GPS coordinates 45 31' 46"N, -111 51' 00" | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 27th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1